## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 2:15-cr-00006-JMS-CMM-1 |
| vs. | ) | |
| | ) | |
| CHRISTOPHER S. CRITCHLOW, | ) | |
| Defendant | ) | |

## REPORT AND RECOMMENDATION

On June 15, 2021, the Court held an initial hearing on a Petition for Warrant for Offender Under Supervision filed on June 8, 2021 [Doc. 60].

The defendant, Christopher S. Critchlow ("Defendant") appeared by online video from the Knox County Jail and with FCD counsel, William Dazey. The Government appeared by Cindy Cho, Assistant United States Attorney. U. S. Probation appeared by Officer Jennifer Considine. This matter is heard on a referral from U.S. District Judge Jane Magnus-Stinson. The Defendant was advised that any recommendation from a magistrate judge is subject to review, acceptance, or rejection by the District Judge, who retains ultimate authority to adjudicate these matters. The Defendant consented to conducting the hearing online.

The parties advised the Court at the outset of the hearing that an agreement was reached by which the action would be deferred.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. §3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant, by counsel, waived his right to a preliminary hearing.

2.  The parties advised the Court of a joint recommendation for disposition of the petition by which a) action on the petition would be deferred, b) the parties agreed that the terms of supervised release be modified to require the Defendant to submit to GPS location monitoring effective immediately, and c) the parties agreed that the Defendant should be placed on home detention effective immediately. The modified terms of Defendant's supervised release will expire on September 17, 2021, the date on which his current supervision will terminate under the existing order.

3.  The undersigned advised that he would accept and recommend the parties' agreement to the District Judge. The parties waived the 14-day appeal period on the record.

## Recommendation

Consistent with the parties' agreement, the Magistrate Judge respectfully recommends that any action on the Petition be deferred and that the terms of Defendant's supervised release be modified to require GPS location monitoring and home detention effective immediately to continue until termination of supervised release on September 17, 2021.

The parties concurred that further detention was not necessary. Accordingly, the Court ORDERS that the Defendant be released on this date and further that he report to the Probation Office at 8 a.m. Wednesday, June 16, 2021, for further instruction pending the District Judge's review of this Report and Recommendation.

Dated: June 15, 2021

_____
CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email generated by the court's ECF system