UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER S. CRITCHLOW (01), )<br>)<br>Defendant. ) | Cause No. 2:15-cr-00006-JMS-CMM |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Craig McKee's Report and Recommendation dkt [68] recommending that Christopher S. Critchlow's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge McKee's Report and Recommendation dkt [68]. The Court finds that Mr. Critchlow committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [60]. The Court now orders that the defendant's supervised release is therefore **MODIFIED** to require Mr. Critchlow be on GPS location monitoring and home detention effective immediately to continue until termination of supervised release on September 17, 2021. All of these terms are added to the terms of conditions of release. The defendant shall report to the probation office on June 16, 2021 at 8:00 a.m.

Date: 6/16/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal