UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Cause No. 2:15-cr-00006-JMS-CMM |
| CHRISTOPHER S. CRITCHLOW (01), | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig McKee's Report and Recommendation dkt [82] recommending that Christopher S. Critchlow's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge McKee's Report and Recommendation dkt [82]. The Court finds that Mr. Critchlow committed Violation Number 2 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [75]. The Court dismisses Violation 1, dkt [75]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Critchlow is sentenced to the custody of the Attorney General or his designee for a period of eight (8) months with no supervised release to follow. The Court recommends placement at a facility that can initiate appropriate evaluation and intervention for alcohol dependency that might provide the defendant further initiate to complete treatment upon his release.

Date: 7/15/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal